UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR: 14-70484 HRL |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL |
| v. | ) | |
| | ) | |
| JACOBO BELLO-GONZALEZ | ) | |
| Defendant. | ) | |

Leave is granted to the government to dismiss the above Complaint. The Complaint is hereby ordered dismissed without prejudice.

Date: 4/2/2015

PAUL S. GREWAL
United States Magistrate Judge

NOTICE OF DISMISSAL
14-70484 HRL